**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-7391**
_____

DANNY RAYBURN SMITH,

              Plaintiff - Appellant,

         v.

COUNTY OF PICKENS; SHERIFF DAVID STONE, Pickens County
Sheriff; DEWEY SMITH, Captain; ANDERSON COUNTY; MICHAEL
SLOAN, Detective; DAN RHODES; GREENVILLE COUNTY; DAVID
HANKS, Detective; LARRY MARTIN, Detective,

              Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Anderson.   J. Michelle Childs, District
Judge.  (8:10-cv-02265-JMC)

_____

Submitted:  March 29, 2012          Decided:  April 2, 2012

_____

Before WILKINSON, KING, and KEENAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Danny Rayburn Smith, Appellant Pro Se.  Russell W. Harter, Jr.,
CHAPMAN, HARTER & GROVES, PA, Greenville, South Carolina; James
Victor McDade, DOYLE, O'ROURKE, TATE & MCDADE, PA, Anderson,
South Carolina; J. Calhoun Pruitt, Jr., PRUITT AND PRUITT,
Anderson, South Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Danny Rayburn Smith appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his claims under 42 U.S.C. § 1983 (2006) and for return of property. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Smith v. County of Pickens, No. 8:10-cv-02265-JMC (D.S.C. Aug. 25, 2011; Oct. 26, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED